UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAUDRY EUGENE CARR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL PROTECTIVE SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00426-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 8 |

　　On January 24, 2024, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On February 9, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* because it was incomplete. (Dkt. No. 5.) The Court ordered Plaintiff to file a complete application or pay the filing fee by March 1, 2024. *Id*. On February 22, 2024, Plaintiff filed a complete application. (Dkt. No. 8.) Plaintiff's answer to question number 1 states that Plaintiff receives $0 in wages and about $200 monthly in food stamps. *Id.* Plaintiff's answer to question number 8 states that Plaintiff's monthly rent payment is $2900. However, it is unclear how Plaintiff can pay $2900 for monthly rent given Plaintiff's income.

　　The Court requires additional information in order to properly assess Plaintiff's application. Accordingly, the Court ORDERS Plaintiff to show cause why the application should not be denied, by March 22, 2024, explaining the discrepancy between Plaintiff's income and monthly rent.

　　IT IS SO ORDERED.

Dated: March 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge