UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAUDRY EUGENE CARR,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL PROTECTIVE SERVICES, et al.,<br><br>Defendants. | Case No. 4:24-cv-00426-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 8, 9 |

On January 24, 2024, Plaintiff filed this civil action and application to proceed in forma pauperis ("IFP"). On February 9, 2024, the Court denied Plaintiff's IFP application because it was incomplete. (Dkt. No. 5.) The Court ordered Plaintiff to file a complete application or pay the filing fee by March 1, 2024. *Id.*

On February 22, 2024, Plaintiff filed a complete application. (Dkt. No. 8.) In response to question number 1, Plaintiff stated that he received $0 in wages and about $200 monthly in food stamps. *Id.* at 2. Plaintiff's answer to question number 8 provided that his monthly rental payment is $2900. Since it was unclear how Plaintiff could afford $2900 per month in rent given his income and claimed lack of assets, on March 15, 2024, the Court issued an order to show cause to Plaintiff to explain the discrepancy between his income and expenses. (Dkt. No. 9 at 1.) Plaintiff was ordered to respond by March 22, 2024. To date, no response has been filed.

Accordingly, the Court issues a SECOND ORDER TO SHOW CAUSE to Plaintiff to explain the discrepancy between his income and his monthly expenses and other assets, and to provide any further information in support of his IFP application. Plaintiff shall respond to the second order to show cause by **April 30, 2024**. The failure to timely respond will result in the IFP application being denied and Plaintiff being ordered to pay the filing fee.

1       Alternatively, Plaintiff may pay the filing fee.

2       IT IS SO ORDERED.

3 Dated: April 9, 2024

4                                          KANDIS A. WESTMORE

5                                          United States Magistrate Judge

2