UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAUDRY EUGENE CARR,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL PROTECTIVE SERVICES, et al.,<br><br>　　　　Defendants. | Case No.  24-cv-00426-EMC<br><br>**ORDER TO SHOW CAUSE** |

On July 2, 2024, Defendant Federal Protective Services filed a Motion to Dismiss for Lack of Jurisdiction.  Docket No. 29.  That Motion was served on the Plaintiff via email and First Class Mail.  *See* Docket Nos. 30, 32.  Plaintiff's opposition was due on July 16, 2024.  As of today, July 24, 2024, Plaintiff has not yet filed an opposition.  Plaintiff also failed to appear at the July 18, 2024, motion hearing for Defendant San Francisco County Sherriff's Department's Motion to Dismiss.  Defendant Federal Protective Services now asks this Court to grant its motion to dismiss because that motion is unopposed.  Docket No. 32.

Plaintiff Deaudry Carr is **ORDERED TO SHOW CAUSE** why claims against Federal Protective Services should not be dismissed for failure to prosecute.  **Plaintiff's response is due no later than three weeks from the date of this Order, August 14, 2024.**  If Plaintiff fails to timely respond to this Order the Court will dismiss the claims against Federal Protective Services with prejudice for failure to prosecute.

　　　　**IT IS SO ORDERED**.

Dated: July 24, 2024

_____
EDWARD M. CHEN
United States District Judge