UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAUDRY EUGENE CARR,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL PROTECTIVE SERVICES, et al.,<br><br>        Defendants. | Case No. 24-cv-00426-EMC<br><br>**ORDER GRANTING EXTENSION OF TIME TO AMEND COMPLAINT AS TO SF SHERIFF'S DEP'T** |

Plaintiff filed the equivalent of a motion for extension of time on August 5, 2024. *See* Docket No. 36. The Court grants Plaintiff an extension to September 9, 2024 to file an amended complaint against the Sheriff's Department should he wish to do so. *See* Docket No. 35. **Should Plaintiff fail to file an amended complaint by September 9, 2024, Plaintiff is forewarned that Plaintiff's remaining claims against the Sheriff's Department will be dismissed with prejudice.**

    **IT IS SO ORDERED**.

Dated: August 12, 2024

                                          EDWARD M. CHEN<br>
                                          United States District Judge