UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAUDRY EUGENE CARR,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL PROTECTIVE SERVICES, et al.,<br><br>    Defendants. | Case No. 24-cv-00426-EMC<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

Plaintiff filed the equivalent of a motion for extension of time on August 5, 2024. *See* Docket No. 36. The Court grants Plaintiff an extension to September 9, 2024 to file a response to the order to show cause for failure to file a timely opposition to the Federal Protective Service's (FPS) motion to dismiss. *See* Docket No. 33. The response shall address the reason why Plaintiff failed to timely file his opposition and shall also respond substantively to the motion to dismiss.

Defendant FPS's reply to Plaintiff's opposition is due September 16, 2024.

Plaintiff is forewarned that, if he does not timely respond to the order to show cause, as well as simultaneously file a response to FPS's motion to dismiss, then the Court shall automatically direct the Clerk of the Court to dismiss his case with prejudice and close the file in his case.

//

//

//

//

The hearing on the Federal Protective Services motion to dismiss set for September 22, 2024 is continued to Wednesday, October 9, 2024 at 10:30AM. The Court reserves the authority to take the matter under submission without a hearing.

**IT IS SO ORDERED**.

Dated: August 12, 2024

_____
EDWARD M. CHEN
United States District Judge